**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BUILDING SERVICE 32BJ PENSION FUND,

|  |  |
|---|---|
| Plaintiff, | 24 **CIVIL** 09700 (JHR)(SDA) |
| -against- | **JUDGMENT** |
| SOURCING UNLIMITED GROUP, INC., et al., | |
| Defendants. | |

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 31, 2026, the Report and Recommendation is

ADOPTED in its entirety. Judgment entered in favor of Plaintiff against Defendants as follows:

1. Awarding unpaid withdrawal liability in the amount of $388,962.00; 2. Awarding prejudgment

interest at a rate of 9% per year from November 11, 2024 until the date judgment is entered

amounting to $48,433.76 in total interest; 3. Awarding liquidated damages in the amount of

$77,792.40; 4. Awarding attorneys' fees in the amount of $9,243.75; and 5. Awarding costs in

the amount of $555.00. Accordingly, the case is closed.

**Dated:**  New York, New York
         March 31, 2026

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

BY: _____
**Deputy Clerk**